In The United States District Court
Middle District of Florida

United States of America

AUG 12 2026 AM 11:42
FILED - USDC - FLMD - TPA

8:26-cv-2362-WFJ-SPF

vs

Daniel Rolando Limones Gonzales

\* Motion \*
To Correct, Modify or Amend Sentence

    Comes Now Pro-Se Daniel Rolando Limones Gonzales who will be refered to as the Defendant hereafter ask this Honorable Court to overlook any inadequacies found herein and to revief this motion with less strictness of the guidelines as it does those drafted by professionals as the Defendant is untrained in the science of law.

    On or about the Defendant was arrested and charged with Conspiracy to Possess with Intent to Distribute Five

page 1 of 3

Kilograms or more of COCAINE while on board a Vessel Subject to the Jurisdiction of the United States.

46 U.S.C. 1903 Maritime Drug Offense

The Maritime Drug Enforcement Act as it was applied in the Defendants case Exceeded Congress's or the goverments Authority under Foreign Commerce Clause

The Defendant was arrested in the foreign Country of Ecudor he was not in the Bounds of the United States nor was he in the International waters that are patroled By the United States Coast Gaurd The Defendant was Arrested by Agents of the United States Drug Enforcement Agency on the Belief of information that the Defendant was Bound for the United States.

The United States Goverment used the relationship with Nato to justify the Arrest futher violations that are involved in this case is the matter of Extradition the

2 of 3

Defendant was detained/arrested in a foreign country and transported to the United States from Ecudor without a formal extridition hearing.

Wherefore with premises considered the Defendant request the following relief.

(1) That this Honorable Court will Grant the Defendants motion

(2) By Granting the motion this Honorable Court will order the Defendants sentence vacated.

(3) That this Honorable Court will order the Bureau of Prison to release defendant and provide transportation back to his home

(4) And for any other relief the defendant maybe entitled

Respectfully Submitted
This 7th Day of August 2026

Page 3 of 3