Daniel Rolando Gomez-Gonzalez

Reg No: 16377-506

Federal Correctional Institution

2680 Highway 301 south

Jesup Ga, 31599

Screened by USMS

United States Federal Court Clerk
801 N. Florida Ave.
Tampa FL. 33612

JACKSONVILLE FL P DC 325

10 AUG 2026 PM 1 L

FREEDOM    FREEDOM

33602-384804