**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

SEP 21 2026 PM1:52
FILED - USDC - FLMD - TPA

September 17, 2026

United States District Court, Middle District of Florida
Clerk's Office
801 North Florida Avenue
Tampa, FL 33602

RE: United States of America v. Daniel Rolando Limones Gonzales
Case No: 8:24-CR-474-WFJ - SPF

Dear Clerk,

I am transmitting to your court an original *Motion to Correct, Modify, or Amend Sentence* received by the U.S. Court of Appeals for the Federal Circuit. We received the document on 9/14/2026, and it appears to be a filing for a case in your Court.

Should you have any questions, please contact the Clerk's Office at (202) 275-8000.

Respectfully,

Deputy Clerk

Enclosures: Original document

Copy (w/o encl):
Daniel Rolando Limones Gonzales #16377-506
Federal Correctional Institution
2680 HWY 301 South
Jesup, GA 31599