Daniel Robwdo Linares Gonzalez
Reg # 16377-506
Federal Correctional Institution
2680 Highway 301 south
Jesup GA 31599

FREEDOM
FOREVER / USA

USA
FOREVER

United States Court of Appeals
Federal Circuit
717 Madison Place N.W.
Washington D.C. 20439

U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
HOWARD T. MARKEY NATIONAL COURTS BUILDING
717 MADISON PLACE, N.W.
WASHINGTON, DC 20439

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CAPITAL DISTRICT 208
17 SEP 2026 PM 4 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 20005
02 7W
0008043118 SEP 17 2026
$ 000.78⁰

33602-380099